## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIPCO SURFACE PROTECTION, INC.   )
                                     )
                 Plaintiff,   )    Civil Action No. 2:10-cv-03585-JP
                                     )
     v.   )
                                     )
AKER PHILADELPHIA SHIPYARD, INC.,  )
ET AL.   )
                                     )
               Defendants.   )

## DISCLOSURE STATEMENT

Please check one box:

☐     The non-governmental corporate party, _____ , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑     The non-governmental corporate party, Defendant Aker Philadelphia Shipyard, Inc. is a wholly-owned subsidiary of Aker Philadelphia Shipyard ASA ("AKPS"). AKPS is a Norwegian public limited liability company and its shares are listed on the Oslo Axess stock exchange under the ticker symbol "AKPS."

Respectfully submitted,

SMITH, CURRIE & HANCOCK LLP

By: _____

JAMES W. COPELAND, ESQUIRE
2700 Marquis I Tower
245 Peachtree Center Ave. NE
Atlanta, GA  30303-1227
jwcopeland@smithcurrie.com
404-521-3800
*Lead counsel for Aker Philadelphia Shipyard, Inc.*
*admitted Pro Hac Vice*

GARY A. WILSON, ESQUIRE
POST & SCHELL, P.C.
Four Penn Center, 1600 John F. Kennedy Boulevard
Philadelphia, PA  19103-2808
gwilson@postschell.com
Phone: 215-587-1489
Fax: 215 587-1444
*Local counsel for Aker Philadelphia Shipyard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Rule 7.1

Disclosure Statement to be filed electronically with the Court which in turn electronically served the

following individuals on the date indicated below:

Louis J. Rizzo, Esquire
Edward J. Kelbon, Jr., Esquire
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA  19104

*Counsel for Plaintiff, Sipco Surface Protection, Inc.*

Peter J. Lynch, Esquire
CHRISTIE PABARUE MORTENSEN &
YOUNG
1880 John F. Kennedy Boulevard
10th Floor
Philadelphia, PA 19103

*Counsel for CMP Coatings, Inc.*

I further certify that true and correct copies of the Rule 7.1 Disclosure Statement were served

on the following individuals by U.S. Regular Mail, postage pre-paid on the date indicated below:

James W. Copeland, Esquire
SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, GA  30303-1227

*Lead Counsel for Defendant Aker Philadelphia Shipyard, Inc.*

John R. Walker, Esquire
JONES FUSSELL, LLP
Northlake Corporate Park, Suite 103
1001 Service Road East Highway 190
P.O. Box 1810
Covington, LA 70434

*Counsel Pro Hac Vice for CMP Coatings, Inc.*

Date:  October 21, 2010

/s/ Gary A. Wilson
GARY A. WILSON, ESQUIRE